Timothy M. Bechtold
BECHTOLD LAW FIRM, PLLC
317 East Spruce Street
P.O. Box 7051
Missoula, MT 59807
406-721-1435
tim@bechtoldlaw.net

    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | | |
|---|---|---|
| GWYENN BROWN | ) | CV 24-178-M-KLD |
| | ) | |
| Plaintiff, | ) | **NOTICE OF VOLUNTARY** |
| | ) | **DISMISSAL** |
| v. | ) | |
| | ) | |
| JUSTIN ANDREWS, MISSOULA COUNTY, and DOES 1-10. | ) ) | |
| | ) | |
| Defendants. | ) ) | |

    Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Gwyenn Brown now gives notice of voluntary dismissal of this matter with prejudice.

    Dated this 27th day of May, 2025.

                                          /s/Timothy M. Bechtold
                                          BECHTOLD LAW FIRM

                                          Attorneys for Plaintiff